

# NUMBER 13-20-00514-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JANIE MARIE CAVAZOS
AS NEXT FRIEND OF
MAGDALENA ROBLES-AGUIRRE,                                    **Appellant,**

**v.**

FINANCE OF AMERICA REVERSE, LLC,
FINANCE OF AMERICA STRUCTURED
SECURITIES ACQUISITION TRUST
2017-HB1, AND WILMINGTON SAVINGS
FUND SOCIETY FSB,                                            **Appellees.**

### On appeal from the 445th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Memorandum Opinion by Chief Justice Contreras**

This matter is before the court on its own motion. On May 25, 2021, the Court ordered appellant to pay the clerk's and reporter's fees for preparation of the records or to make satisfactory arrangements to pay those fees within thirty (30) days from the date of the order. On June 29, 2021, the clerk of the court notified appellant that the clerk's record in the above cause was due on June 24, 2021, and that the deputy district clerk, Silvia Mata, had notified this court that appellant failed to make arrangements for payment of the clerk's record. The clerk of this court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Furthermore, on June 29, 2021, the clerk of the court notified appellant that the reporter's record was due on June 24, 2021, and that the court reporter, Donna Goree, notified the court that appellant neither requested nor made payment arrangements for the reporter's record.

Appellant has failed to comply with a court order and a notice from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
15th day of July, 2021.

2